UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

FILED

2026 APR 15  AM 8: 35

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

COMPLAINT

3:26 cv - 462

JURY DEMAND

Tatiana Williams,

_____

Plaintiff

v.

AZHAR Bike,

_____

Defendant

COMPLAINT FOR FALSE ADVERTISEMENT

I. Jurisdiction and Venue

1. This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law, specifically Lanham Act.

2. Venue is proper in this district under 28 U.S.C. § 1391 because the events giving rise to this claim occurred here.

II. Parties

3. Plaintiff: Tatiana Williams

4. Defendant: AZHAR Bike also known as  shen zhen shi hui jia shang mao you xian gong si, a corporation with its principal place of business in Shenzhen City, Guangdong Province.

## III. Statement of Facts

5. On or about March 19, 2026, Plaintiff was mislead in a purchase of an electric bike.

6. Plaintiff wanted a product able to go 45 miles in range with paired throttle power and up to 25 mph with throttle power.

7. Plaintiff received a product that did not go anywhere near the 45 mile distance even with pedal assist and did not go 25 mph instead it barely goes 16 mph and pedals did not work.

8. Plaintiff planned to utilize the product to handle business matters and the misleading advertisement put Plaintiff's schedule behind, missing out on deadlines met.

9. The bike also began to break, a pedal fell off while Plaintiff was utilizing the bike leading to Plaintiff not believing the product was safe to be sold.

10. Defendant released a product that was unsafe to be sold; product with defects and with misleading descriptors.

11. Plaintiff then had to stress about finding another means of safe transportation after relying on the ads regarding the product, then the product also had defects.

## IV. Cause(s) of Action

Count I – False Advertisement (The Lanham Act; Title 15, Chapter 22)

12. Plaintiff incorporates all preceding paragraphs.

13. Defendant provided Plaintiff with false advertisement of the product that constitutes a violation of the Lanham Act.

14. As a result, Plaintiff suffered loss of wages, extra expenses, emotional distress, and damage to Plaintiff's business reputation.

Count II – Product Liability Law (T.C.A. § 29-28)

15. Plaintiff incorporates all preceding paragraphs.

16. Plaintiff desired a safe means for transportation.

17. Defendant provided a product that had pedals that did not work and one pedal that fell off.

18. Defendant contributed to actions that constitute a violation of the product liability law.

19. As a result, Plaintiff suffered loss of wages, emotional distress, physical fatigue, and damage to Plaintiff's business reputation.

20. Plaintiff counted on the advertisement in purchase decision.

21. Plaintiff was sold an unsafe misleading advertised product.

22. Defendant contributed to actions that constitute a violation of negligence and in that Defendant breached the duty of care to Plaintiff.

V. Damages

Plaintiff seeks compensatory damages, treble damages, punitive damages as allowed by law all to be decided at trial, and any other relief the Court deems just and proper.

VI. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Enter judgment in Plaintiff's favor;

b. Award damages as stated above;

c. Grant injunctive relief if applicable;

d. Award costs and reasonable attorney's fees; and

e. Provide any further relief deemed appropriate.

23. The statement to be tried by a jury.

Respectfully Submitted,

_____          _____4/15/26_____
Tatiana Williams, Plaintiff                Date

107 Trails Circle,
Nashville, TN 37214

(760)626-9719

Tatiana.will22@gmail.com

Pro Se Plaintiff

Verification

I, Tatiana Williams, declare as follows:

1. I am a Plaintiff in the present case.

2. I have personal knowledge of the events in the foregoing complaint.

3. I verify under penalty of perjury that the factual statements in this complaint are true.

Executed on this 14th day of April, 2026

Tatiana Williams, Plaintiff